**FILED**
May 05 2022
2:17 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ gloriav     DEPUTY

ORDERED UNSEALED on 12/19/2022   s/ anthonyh
~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHANNUS ISKANDER,<br><br>    Defendant. | Case No. '22 CR1032 JLS<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 924(a)(1)(A) – False Statement in the Acquisition of a Firearm; Title 18, U.S.C., Sec. 922(a)(6) – False Statement or Identification in Acquisition of a Firearm |

The grand jury charges:

Count 1

On or about February 21, 2022, within the Southern District of California, defendant JOHANNUS ISKANDER, knowingly made and caused to be made a false statement and representation to Discount Gun Mart and Indoor Range, Santee, California, an entity licensed under the provisions of Title 18, United States Code, Chapter 44, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Discount Gun Mart, during the acquisition of an Aero Precision Inc. lower receiver, bearing serial number US222603, in that defendant JOHANNUS ISKANDER executed and submitted, and caused to be executed and submitted, to Discount Gun Mart, a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, stating

KASA:nlv:San Diego
5/5/22

that defendant ISKANDER's residential address was 1261 Victor Street #5, El Cajon, California 92021, when in fact, as defendant then knew, he did not reside at that address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

<u>Count 2</u>

On or about April 1, 2022, within the Southern District of California, defendant JOHANNUS ISKANDER, in connection with the acquisition of a firearm, that is, a Kalashnikov USA K9, semi-automatic rifle, model 42, bearing serial number K90000113, from a licensed dealer of firearms, that is, Discount Gun Mart and Indoor Range, Santee, California, knowingly made a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale and acquisition, in that defendant stated on a Form 4473 that his residential address was 1261 Victor Street #5, El Cajon, California 92021, when in fact, as defendant then knew, he did not reside at that address; in violation of Title 18, United States Code, Section 922(a)(6).

DATED: May 5, 2022.

RANDY S. GROSSMAN
United States Attorney

By: _____
KAREEM A. SALEM
Assistant U.S. Attorney